RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 27 2024

FILED
DOCKETED DATE INITIAL

12/20/2024

To whom it may concern,

I am requesting the court consider my appeal, although late. After the amended judgement was entered, I was still in transit; held at multiple transfer facilities until I made it to BOP custody in April 2024.

I did not become aware that the upward departure implemented was based of uncharged conduct, until recently. I was denied a job on a work detail at FCI Atlanta, and access to email correspondence. My Unit Manager stated it was due to an "internet charge". I explained I have no such charge. This prompted me to seek help from an advocate, to look into my sentencing report.

I was made aware of the findings on the hard drive. It was also noted that the two laptops, four phones, Samsung tablet, Samsung watch, and IPod touch, which solely belonged to me, had no findings of direct or residual, related to the illegal content on the hard drive. The content was never accessed by any of my devices. This uncharged conduct was never discussed during the (3-4) meetings I voluntarily had with the prosecutor, at the change of plea, or at sentencing.

I understood I was receiving more time, but was made to understand it was due to the judge not being satisfied with the sentencing guidelines. The uncharged conduct which was never discussed, then used to justify the upward departure, has greatly affected my sentencing and has created much interference with my ability to program and communicate with my family.

For these reasons, I am requesting my appeal not be dismissed. Thank you for your time and consideration.

Very respectfully,

Andrew Jones

No. 24-7018

DC NO 4:23-CR-00212-YGR-1